STATE OF NEW JERSEY v. JEFFREY MONTGOMERY.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY HUFF.

September 17, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDALL JOHNSON.

September 17, 1985.

Petition for certification denied.   (See 203 *N.J.Super.* 127)

STATE OF NEW JERSEY v. DOMINIC SAPIENZA.

September 17, 1985.

Petition for certification denied.   (See 202 *N.J.Super.* 282)

STATE OF NEW JERSEY v. RICHARD VERRELLI.

September 17, 1985.

Petition for certification denied.